IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WENDY SEPULVADO                                                PLAINTIFF

v.                          Case No. 1:25-cv-1055

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 18.  Judge Singleton recommends that Plaintiff's Motion for Attorney's Fees (ECF No. 16) be granted and that Plaintiff be awarded $6,224.40 in attorney's fees.  No party has objected to the R&R, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 18) in toto.  Accordingly, Plaintiff's Motion for Attorney's Fees (ECF No. 16) is hereby **GRANTED**.  Plaintiff is awarded $6,224.40 in attorney's fees.

**IT IS SO ORDERED**, this 5th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge